PAUL v. BAUGHER and Others.

MARTIN
v.
HOWELL.

APPEAL from the *Decatur* Court of Common Pleas.

*Friday,
January 23,
1857.*

*Per Curiam.*—Suits upon notes by the assignee against the maker. Answer, in each case, setting up a set-off. Reply, that before the plaintiffs. purchased the notes, they called on the maker, defendant, and informed him that they were about purchasing the notes, and asked him if he had any set-off or other defense to them, and that he replied that he had none whatever, and would set up none, if they purchased the notes. Demurrer to this reply overruled. Judgment for plaintiff on the trial of the cause.

The Court did not err in overruling the demurrer. It showed a good estoppel to the defendant's setting up any set-off. *Sloan* v. *The Richmond, &c., Company*, 6 Blackf. 175. No other question is presented by the record.

The judgment is affirmed with 1 per cent. damages and costs (1).

. . *W. Henderson*, for the appellant.

*J. S. Scobey* and *W. Cumback*, for the appellees.

(1) Two other cases between the same parties and precisely like this, were this day affirmed.